1  JOHN A. RUSSO, City Attorney, SBN 129729
   RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
2  WILLIAM E. SIMMONS, Supervising City Atty., SBN 121266
   JENNIFER N. LOGUE, Deputy City Atty., SBN 241910
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 238-6524,  Fax:  (510) 238-6500
   261782:572071
5
   Attorneys for Defendants,
6  CITY OF OAKLAND, SGT. PATRICK GONZALES,
   and CHIEF OF POLICE WAYNE TUCKER
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12  JOSE BUENOSTROS, SR. and MARIA          Case No. C 09-00786 JSW
    BUENOSTROS, individually and as
13  successors in interest to JOSE          **DEENDANTS' ANSWER TO**
    BUENOSTROS, JR.                         **COMPLAINT**
14

15                    Plaintiffs,

16        v.

17  CITY OF OAKLAND, a municipal
    corporation, WAYNE TUCKER, Police
18  Chief, TIMOTHY DELAVEGA, RANDOLPH
    BRANDWOOD, ROBERT ROCHE and
19  ERIC MELINA, Police Officers, and Does 1
    through 20,
20
                      Defendants.
21

22      Defendants CITY OF OAKLAND, WAYNE TUCKER, POLICE CHIEF, TIMOTHY

23  DELEVEGA, RANDOLPH BRANDWOOD, ROBERT ROCHE AND ERIC MELINA hereby

24  answer, object, and otherwise respond to the Complaint on file herein as follows.

25

26

DEFENDANTS' ANSWER TO COMPLAINT          -1-                    C09-00786 JSW

## INTRODUCTION

1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

2. Defendants deny the allegations set forth in this paragraph.

## JURISDICTION

3. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

4. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

## PARTIES AND PROCEDURE

5. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

6. Defendants admit the allegations set forth in this paragraph.

7. Defendants admit that Defendants TIMONTY DELAVEGA, RANDOLPH BRANDWOOD, ROBERT ROCHE, and ERIC MELINA were police officers employed by defendant CITY OF OAKLAND. Defendants deny the remaining allegations set forth in this paragraph.

8. Defendants admit that WAYNE TUCKER was employed as the Police Chief of the CITY OF OAKLAND. Defendants deny the remaining allegations set forth in this paragraph.

9. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every

1  allegation contained herein.

## DEMAND FOR JURY TRIAL

2  10.   Defendants are without knowledge or information sufficient to form a belief

3  as to the truth of the allegations in this paragraph and on that basis, deny each and every

4  allegation contained herein.

## COMPLIANCE WITH STATE TORT CLAIMS ACT

5  11.   Defendants are without knowledge or information sufficient to form a belief

6  as to the truth of the allegations in this paragraph and on that basis, deny each and every

7  allegation contained herein.

## STATEMENT OF FACTS

8  12.   Defendants are without knowledge or information sufficient to form a belief

9  as to the truth of the allegations in this paragraph and on that basis, deny each and every

10  allegation contained herein.

11  13.   Defendants deny the allegations set forth in this paragraph.

12  14.   Defendants deny the allegations set forth in this paragraph.

13  15.   Defendants are without knowledge or information sufficient to form a belief

14  as to the truth of the allegations in this paragraph and on that basis, deny each and every

15  allegation contained herein.

16  16.   Defendants deny the allegations set forth in this paragraph.

17  17.   Defendants deny the allegations set forth in this paragraph.

18  18.   Defendants are without knowledge or information sufficient to form a belief

19  as to the truth of the allegations in this paragraph and on that basis, deny each and every

20  allegation contained herein.

## FIRST CAUSE OF ACTION
### Violation of Decedent's Civil Rights – 4th and 14th Amendments
### (42 U.S.C. Section 1983)

21  19.   Defendants incorporate by reference the allegations set forth in paragraphs

1 through 18, above.

20. Defendants deny the allegations set forth in this paragraph.

21. Defendants deny the allegations set forth in this paragraph.

22. Defendants deny the allegations set forth in this paragraph.

23. Defendants deny the allegations set forth in this paragraph.

24. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

## SECOND CAUSE OF ACTION
### Violation of Plaintiffs' Civil Rights – 14th Amendment
### (42 U.S.C. Section 1983)

25. Defendants incorporate by reference all allegations set forth in paragraphs 1 through 24 above.

26. Defendants deny the allegations set forth in this paragraph.

27. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

## THIRD CAUSE OF ACTION
### Violation of civil Rights – Monell claim
### (42 U.S.C. Section 1983)

28. Defendants incorporate by reference all allegations set forth in parapgraphs 1 through 24 above.

29. Defendants deny the allegations set forth in this paragraph.

30. Defendants deny the allegations set forth in this paragraph.

31. Defendants deny the allegations set forth in this paragraph.

32. Defendants deny the allegations set forth in this paragraph.

/ / / /

/ / / /

## FOURTH CAUSE OF ACTION
### Wrongful Death
### (Cal. Code of Civil Procedure Section 377.60)

33.     Defendants incorporate by reference the allegations set forth in paragraphs 1 through 32, above.

34.     Defendants deny the allegations set forth in this paragraph.

35.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

## PRAYER

**WHEREFORE**, defendants pray that:

1.     Plaintiffs take nothing by their Complaint;

2.     Defendants have judgment against Plaintiffs;

3.     Defendants be awarded their costs of suit; and

4.     For such other and further relief as the Court may deem proper.


Dated:  May 21, 2009

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
JENNIFER N. LOGUE, Deputy City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney


By:  /s/William E. Simmons
        Attorneys for Defendants,
        CITY OF OAKLAND, et al.