```
JOHN A. RUSSO, City Attorney – SBN 129729
RANDOLPH W. HALL, Assistant City Atty. – SBN 080142
WILLIAM E. SIMMONS, Supervising Trial Atty. – SBN 121266
JENNIFER N. LOGUE, Deputy City Atty. – SBN 241910
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6524    Fax: (510) 238-6500
jnlogue@oaklandcityattorney.org
26782:601306
```

Attorneys for Defendant
CITY OF OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE BUENOSTRO, SR. and MARIA BUENOSTRO, individually and as successors in interest to JOSE BUENOSTRO, JR.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation, WAYNE TUCKER, Police Chief, TIMOTHY DELAVEGA, RANDOLPH BRANDWOOD, ROBERT ROCHE and ERIC MELINA, Police Officers, and Does 1 through 20,<br><br>Defendant(s). | Case No. C09-00786 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE** |

The parties to the above captioned litigation hereby stipulate and respectfully request, by and through their undersigned counsel, that the current mediation deadline date of November 16, 2009 be extended to December 18, 2009. Good cause exists for the requested extension on the following grounds.

This action arises from an incident that occurred on March 19, 2008 during which Jose Buenrostro Jr. was fatally shot by Oakland police officers. For the past two and half months,

1  defendants have been diligently gathering information and documents related to the events of March
2  19, 2008. On October 13, 2009, lead counsel for defendants, Deputy City Attorney Jennifer Logue,
3  received hundreds of documents and over 300 photographs related to the March 19, 2008 incident.
4  Ms. Logue needs additional time to review the documents, determine if there are any witnesses she
5  needs to depose before mediation, and take any necessary depositions before the parties can
6  participate in a meaningful mediation.

Respectfully Submitted,

Dated: October _15___, 2009            LAW OFFICES OF JOHN L BURRIS

                                       By: _____
                                       Steven R. Yourke, Esq.
                                       Attorney for Plaintiffs

Dated: October 21, 2009                JOHN A. RUSSO, City Attorney
                                       RANDOLPH W. HALL, Chief Asst City Atty
                                       WILLIAM E. SIMMONS, Supervising Trial Atty
                                       JENNIFER N. LOGUE, Deputy City Atty.

                                       By: _____
                                       Deputy City Attorney Jennifer N. Logue
                                       Attorney for Defendants

## ORDER

**IT IS HEREBY ORDERED** that pursuant to the terms of the stipulation between the parties, the mediation deadline shall be extended to December 18, 2009.

IT IS SO ORDERED.

Dated: October 27, 2009

_____
JUDGE OF THE DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER                                          C09-00786