```
JOHN A. RUSSO, City Attorney – SBN 129729
RANDOLPH W. HALL, Assistant City Atty. – SBN 080142
WILLIAM E. SIMMONS, Supervising Trial Atty. – SBN 121266
JENNIFER N. LOGUE, Deputy City Atty. – SBN 241910
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6524    Fax: (510) 238-6500
jnlogue@oaklandcityattorney.org
26782:620967

Attorneys for Defendants
CITY OF OAKLAND; WAYNE TUCKER;
TIMOTHY DE LA VEGA; RANDOLPH BRANDWOOD;
ROBERT ROCHE; and ERIC MELINA
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE BUENOSTRO, SR. and MARIA BUENOSTRO, individually and as successors in interest to JOSE BUENOSTRO, JR.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation, WAYNE TUCKER, Police Chief, TIMOTHY DELAVEGA, RANDOLPH BRANDWOOD, ROBERT ROCHE and ERIC MELINA, Police Officers, and Does 1 through 20,<br><br>Defendant(s). | Case No. C09-00786 JSW<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT TIMOTHY DE LA VEGA** |

IT IS HEREBY STIPULATED by and between the parties to the above-referenced action, through their undersigned counsel of record, that Defendant TIMOTHY DE LA VEGA is dismissed

///

///

///

1 | without prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated: December 18, 2009         LAW OFFICES OF JOHN L BURRIS

By: _____
Steven R. Yourke, Esq.
Attorney for Plaintiffs

Dated: December 22, 2009        JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Chief Asst City Atty
WILLIAM E. SIMMONS, Supervising Trial Atty
JENNIFER N. LOGUE, Deputy City Atty.

By: _____
Deputy City Attorney Jennifer N. Logue
Attorney for Defendants

### ORDER

The Court having considered the parties' stipulation of dismissal of Defendant TIMOTHY DE LA VEGA, said defendant is hereby dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated: January 4, 2010

_____
JUDGE OF THE DISTRICT COURT
[signature: Jeffrey S. White]