LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, ESQ. (SBN 69888)
STEVEN R. YOURKE, ESQ. (SBN 118506)
7767 Oakport St., Suite 1120
Oakland, Ca. 94621
Email: Steven.yourke@johnburrislaw.com
Phone: (510) 839-5200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BUENROSTRO, SR., et al., | CASE NO. 009-00786 JSW |
| Plaintiffs, | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR TAKING DEPOSITIONS OF LAY WITNESSES** |
| VS. | |
| CITY OF OAKLAND, et al. | |
| Defendants. | |

This action arises from the shooting death of a fourteen year old boy, Jose Buenrostro, Jr., on March 19, 2008, by Oakland police officers in Oakland, California. Plaintiffs, the Decedent's parents, sue for violation of civil rights (42 U.S.C. section 1983) on the grounds that the shooting was unreasonable. Defendants City of Oakland and three involved police officers claim that the shooting was justified.

The parties of this action, by and through their respective counsel, do hereby move this Court for an extension of time in which to complete the depositions of certain non-party witnesses. This court's case management order sets a discovery cut-off date of January 18, 2010. The parties have

attempted in good faith to complete all discovery of lay witnesses before that date. The parties have taken the depositions of six non-party lay witnesses and expect to complete the depositions of all named parties before the discovery cut-off date. However, there still remain several law witnesses who have not yet been deposed. Due to scheduling conflicts of counsel, it is not feasible for these witnesses to be deposed before January 18 and the parties therefore request a 30 day extension in which to take such depositions.

The parties seek additional time to depose the following witnesses: Ricky Pedroza, Maria Pedroza, Mrs. Leotis Williams, Terrell Wright, Cheynum Bynum, Tonisha Marshall, "Granny" Harrell, Patricia Tubbs, Abdo Mohammed and Mr. Mohammed's nephew. The last four such witnesses were only discovered within the past few days. In addition, the parties just learned at deposition that a security camera belonging to a corner market may have recorded the shooting, and that the video was reportedly taken by the police at the time of the shooting and has never been disclosed to either counsel in this case. The video camera belonged to the owner of the store, Mr. Abdo Mohammed, and the parties would like to depose him about the matter.

A brief of extension of time in which to complete depositions would serve the interests of justice. It would enhance the prospects of settlement by allowing the parties to more intelligently evaluate the case. No parties would be prejudiced by such a brief extension. Nor would any other dates set by the court in this action need to be modified. Therefore, the parties respectfully request an extension of 30 days in which to complete such depositions, i.e., until February 17.

Dated: January 13, 2010                     LAW OFFICE OF JOHN L. BURRIS


                                            /s/ Steven R. Yourke
                                            Steven R. Yourke
                                            John L. Burris
                                            Attorney's for Plaintiffs

Dated: January 13, 2010                        OAKLAND CITY ATTORNEY

                                         /s/ Jennifer Logue
                                         Jennifer Logue,
                                         Deputy City Attorney
                                         Attorney for All Defendants

### ORDER

**IT IS HEREBY ORDERED** that the parties request to extend the fact discovery deadline 30-days to February 18, 2010 for the purpose of taking depositions is GRANTED.

IT IS SO ORDERED.

Dated: January 14, 2010

                                         *Jeffrey S White*
                                         JUDGE OF THE DISTRICT COURT