LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, ESQ. (SBN 69888)
STEVEN R. YOURKE, ESQ. (SBN 118506)
7767 Oakport St., Suite 1120
Oakland, Ca.  94621
Email: Steven.yourke@johnburrislaw.com
Phone: (510) 839-5200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BUENROSTRO, SR., et al., | CASE NO. 009-00786 JSW |
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR TAKING DEPOSITIONS OF DEFENDANT POLICE OFFICERS** |
| VS. | |
| CITY OF OAKLAND, et al. | |
| Defendants. | |

This action arises from the shooting death of a fifteen year old boy, Jose Buenrostro, Jr., on March 19, 2008, by Oakland police officers in Oakland, California. Plaintiffs, the Decedent's parents, sue for violation of civil rights (42 U.S.C. section 1983) on the grounds that the shooting was unreasonable.

The parties of this action, by and through their respective counsel, do hereby stipulate to a brief extension of time to and including March 12, 2010 in which to allow Plaintiffs to depose the three defendant police officers. The continuance is necessary because due to scheduling conflicts Plaintiffs were unable to take the officers depositions.  Such an extension would further the interests

of justice, would not prejudice any party to the action and would not delay trial of the action.

Respectfully submitted,

Dated:  February 22, 2010.                    LAW OFFICE OF JOHN L. BURRIS


                                      /s/Steven Yourke
Steven R. Yourke, Esq.
John L. Burris, Esq.
Attorney's for Plaintiffs

Dated: February 22, 2010                      OAKLAND CITY ATTORNEY

                                      /s/Jennifer Logue
Jennifer Logue, Esq.
Deputy City Attorney
Attorney for all Defendants

Dated: February 22, 2010                      RANKIN, SPROAT, et al.


                                      /s/ Geoffrey Beaty
Geoffrey Beaty, Esq.
Attorney for all Defendants

## [PROPOSED] ORDER.

**IT IS HEREBY ORDERED** that the parties' request to extend the deadline for taking the depositions of the defendant police officers to March 12, 2010 is GRANTED.

Dated:  February 23, 2010

Judge of the District Court