LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, ESQ. (SBN 69888)
STEVEN R. YOURKE, ESQ. (SBN 118506)
7767 Oakport St., Suite 1120
Oakland, Ca.  94621
Email: Steven.yourke@johnburrislaw.com
        johnburris@johnburrislaw.com
Phone: (510) 839-5200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BUENROSTRO, SR., et al., | CASE NO. 009-00786 JSW |
| Plaintiffs, | **APPLICATION FOR ORDER TO SHOW CAUSE WHY CONTEMPT CITATION SHOULD NOT ISSUE AGAINST MARIA PEDROZA FOR FAILING TO ATTEND DEPOSITION** |
| vs. | |
| CITY OF OAKLAND, et al. , | |
| Defendants._____/ | |

**INTRODUCTION**

Pursuant to Rule 45(e) of the Federal Rules of Civil Procedure, Plaintiffs JOSE BUENROSTRO, SR. and MARIA BUENROSTRO apply to this Court for an Order to Show Cause why MARIA **RICARDO PEDROZA** should not be held in contempt of court for his failure to comply with a subpoena commanding them to attend deposition.

**MEMORANDUM OF POINTS & AUTHORITIES**

The instant action arises from the shooting death of Jose Buenrostro, Jr., aged fifteen years, by three Oakland police officers on March 19, 2008. Plaintiffs are informed and believe that Maria Pedroza is a witness to the shooting and they have diligently sought to depose her. Plaintiffs first noticed Ms. Pedroza's deposition for February 16, 2010 and served her with a subpoena on February

10, 2010. See Exhibit One, subpoena and Exhibit Two, proof of service, attached. Ms. Pedroza did not appear for deposition. Pursuant to Rule 45(e) of the Federal Rules of Civil Procedure, Plaintiffs now apply to this Court for an Order to Show Cause why a contempt citation should not be issued against Maria Pedroza for her failure to attend deposition.

### DECLARATION OF STEVEN R. YOURKE

1. I am an attorney duly licensed to practice before this court and I represent the plaintiffs JOSE BUENROSTRO, SR. and MARIA BUENROSTRO in this action.
2. I caused Maria Pedroza to be served with subpoena for deposition on February 10, 2010. A true and correct copy of such subpoena is attached hereto as Exhibit One. A true and correct copy of the proof of service is attached hereto as Exhibit Two.
3. Maria Pedroza did not appear for the deposition.

I swear that the foregoing is true under penalty of perjury.

Dated: March 4, 2010                                   LAW OFFICE OF JOHH BURRIS

                                                       /s/

                                                       _____
                                                       Steven R. Yourke, Esq.

### PROPOSED ORDER

IT IS HEREBY ORDERED THAT Maria Pedroza shall appear in Department 11 of this Court on _____, 2010 at _____ to show cause why she should not be held in contempt of court for his willful failure to appear for her deposition on February 16, 2010 at 11:00 a.m. pursuant to the subpoeanas compelling his attendance that were served on her on Feburary 16, 2010.

IT IS FURTHER ORDERED THAT: Maria Pedroza shall appear for her deposition in this case on _____, 2010 at _____ a.m./p.m. at the Law Office of John Burris, 7677 Oakport St., Suite 1120, Oakland, California where she shall answer all questions put to him at the time of the deposition relevant to the subject matter of this litigation or reasonably calculated to lead to the discovery of relevant evidence unless said questions would call for information legitimately protected by the attorney-client privilege or other legitimate privilege.

IT IS FURTHER ORDERED THAT : If Maria Pedroza fails to attend such deposition or fails to answer questions at the deposition without legal justification, s**he shall be held in contempt of this Order and may be subjected to criminal sanctions, including but not limited to, incarceration in jail, monetary sanctions, or other sanctions deemed appropriate by this court.**

//

Dated: _____, 2010

                                                                                                                                                            _____
                                                                                                                                                            Jeffrey S. White
                                                                                                                                                            JUDGE OF THE DISTRICT COURT