IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE BUENROSTRO, SR., et al.,

    Plaintiffs,                                        No. C 09-00786 JSW

  v.

CITY OF OAKLAND, et al.,                    **ORDER OF REFERRAL**

    Defendants.
                                             /

    In violation of this Court's Standing Order, on March 4, 2010, Plaintiffs filed an application for an order to show cause. Plaintiffs filed this application in violation of this Court's Standing Order regarding discovery disputes. (Standing Order ¶ 7.) Accordingly, the Court STRIKES Plaintiffs' application. The Court FURTHER ORDERS that pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of the current discovery dispute filed on March 4, 2010 and for resolution of all discovery matters. The parties will be advised of the date, time and place of appearance, if any, by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: March 5, 2010

                                                                      JEFFREY S. WHITE
                                                                      UNITED STATES DISTRICT JUDGE

cc:     Wings Hom