**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| BUENROSTRO, et al.,<br>        Plaintiff, | No. C 09-0786 JSW |
| v. | **ORDER GRANTING REQUEST FOR DEFENDANTS WAYNE TUCKER, RANDOLPH BRANDWOOD, ERIC MILINA AND ROBERT ROCHE NOT TO ATTEND THE MEDIATION** |
| CITY OF OAKLAND, et al.,<br>        Defendant.<br>_____/ | |
| | Date:      April 19, 2010<br>Mediator:   Robert Fries |

     IT IS HEREBY ORDERED that the request for defendants former Chief of Police Wayne Tucker, Sergeant Randolph Brandwood, Officer Eric Milina and Officer Robert Roche to be excused from attending the April 19, 2010 mediation session before Robert Fries is GRANTED.

     IT IS SO ORDERED.

April 16, 2010
_____
Dated

By: _____
Elizabeth D. Laporte
United States Magistrate Judge