1 | John L. Burris, Esq. SB#69888
    LAW OFFICES OF JOHN L. BURRIS
2 | 7677 Oakport Street, Ste 1120
    Oakland, CA 94621
3 |
4 | Steven R. Yourke, Esq.
    Law Office of Steven R. Yourke
    7677 Oakport Street, Ste 1120
5 | Oakland, CA 94621
6 | Attorneys for Plaintiffs
    Jose Buenrostro, Sr. and Maria Buenrostro

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Jose Buenrostro, Sr. Individually and as Successor In Interest to Jose Buenrostro, Jr. and Maria Buenrostro, Individually and as Successor In Interest to Jose Buenrostro, Jr., | Case No.: 3:09-cv-00786 JSW<br>STIPULATION OF DISMISSAL |
|---|---|
| Plaintiff, | |
| vs. | |
| City of Oakland, a Municipal Corporation; et al. | |
| Defendants. | |

    The parties have reached a tentative settlement agreement in this case. The agreement is subject only to the final approval of the Oakland City Council. Accordingly, the parties stipulate that this case be dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for

said settlement has not been delivered over, the foregoing shall Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: May 27, 2010                     LAW OFFICES OF JOHN L. BURRIS


                                        /s/ *John L. Burris*
                                        John L. Burris
                                        Attorney for Plaintiffs


Dated: May 28, 2010                     Rankin Sproat Mires Beaty & Reynolds


                                        /s/ *Geoffrey A. Beaty*
                                        Geoffrey A. Beaty
                                        Attorney for Defendants

STIPULATION OF DISMISSAL                                    2