John L. Burris, Esq. SB#69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Ste 1120
Oakland, CA  94621

Steven R. Yourke, Esq.
Law Office of Steven R. Yourke
7677 Oakport Street, Ste 1120
Oakland, CA  94621

Attorneys for Plaintiffs
Jose Buenrostro, Sr. and Maria Buenrostro

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Buenrostro, Sr. Individually and as Successor In Interest to Jose Buenrostro, Jr. and Maria Buenrostro, Individually and as Successor In Interest to Jose Buenrostro, Jr. ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>City of Oakland, a Municipal Corporation; et al.<br><br>　　　　　Defendants. | Case No.: 3:09-cv-00786 JSW<br><br>STIPULATION OF DISMISSAL |

　　　The parties have reached a tentative settlement agreement in this case. The agreement is subject only to the final approval of the Oakland City Council. Accordingly, the parties stipulate that this case be dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for

STIPULATION OF DISMISSAL                                                                   1

said settlement has not been delivered over, the foregoing shall Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: May 27, 2010						LAW OFFICES OF JOHN L. BURRIS

/s/ *John L. Burris*
John L. Burris
Attorney for Plaintiffs

Dated: May 28, 2010						Rankin Sproat Mires Beaty & Reynolds

/s/ *Geoffrey A. Beaty*
Geoffrey A. Beaty
Attorney for Defendants



June 1, 2010

STIPULATION OF DISMISSAL								2