John L. Burris, Esq. SB#69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Ste 1120
Oakland, CA  94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Steven R. Yourke, Esq.
Law Office of Steven R. Yourke
7677 Oakport Street, Ste 1120
Oakland, CA  94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs
Jose Buenrostro, Sr. and Maria Buenrostro

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Buenrostro, Sr. Individually and as Successor In Interest to Jose Buenrostro, Jr. and Maria Buenrostro, Individually and as Successor In Interest to Jose Buenrostro, Jr. ,<br><br>Plaintiffs,<br>vs.<br><br>City of Oakland, a Municipal Corporation; et al.<br><br>Defendants. | Case No.: 3:09-cv-00786 JSW<br><br>(AMENDED) REQUEST TO EXTEND THE DEADLINE FOR DISMISSAL OF ACTION AND (PROPOSED) ORDER |

On May 27, 2010, Plaintiffs filed a Notice of Settlement informing the Court that the parties had reached a tentative settlement agreement in this case, subject only to the final

approval of the Oakland City Council.

Thereafter, on May 28, 2010, the Plaintiffs filed a Stipulation of Dismissal with the Court requesting that the matter be dismissed in its entirety with prejudice within ninety (90) days, provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Under the terms of the Stipulation of Dismissal granted by the Court on June 1, 2010, the Buenrostro matter will be permanently dismissed on September 1, 2010, the ninety-day (90) deadline. The parties request that the deadline by which the Buenrostro matter is dismissed be extended an additional forty-five (45) days as the Buenrostro matter is scheduled to be heard by the City of Oakland City Council for final approval on September 21, 2010. (Please see the attached Declaration of Randolph Hall.)

The parties request a forty-five (45) day extension or until October 16 2010, thereafter, the matter will be dismissed in its entirety with prejudice, provided, however, that if any party hereto shall certify to this Court that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Defendants, by and through, City of Oakland, Assistant City Attorney, Randolph W. Hall, have reviewed the Request to Extend the Deadline for Dismissal of Action and (Proposed) Order and know the contents herein. Defendants, by and through, City of Oakland, Assistant City Attorney, Randolph W. Hall give their consent to this document being filed with the Court.

Dated: August 31, 2010                      LAW OFFICES OF JOHN L. BURRIS

                                                         **/s/ John L. Burris**
                                                         John L. Burris
                                                         Attorney for Plaintiffs

Dated: September 1, 2010                Rankin Sproat Mires Beaty & Reynolds

/s/ *Geoffrey A. Beaty*
Geoffrey A. Beaty
Attorney for Defendants

### (PROPOSED) ORDER

GOOD CAUSE APPEARING, the deadline by which the Buenrostro matter is dismissed is extended by forty-five (45) days thereafter, the matter will be dismissed in its entirety with prejudice, provided, however, that if any party hereto shall certify to this Court that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: September 2, 2010

Honorable Jeffrey S. White
United States District Court Judge