John L. Burris, Esq. SB#69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Ste 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Steven R. Yourke, Esq.
Law Office of Steven R. Yourke
7677 Oakport Street, Ste 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs
Jose Buenrostro, Sr. and Maria Buenrostro

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BUENROSTRO, SR. INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO JOSE BUENROSTRO, JR. AND MARIA BUENROSTRO, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO JOSE BUENROSTRO, JR. ,<br><br>PLAINTIFFS,<br>vs.<br><br>CITY OF OAKLAND, A MUNICIPAL CORPORATION; ET AL.<br><br>DEFENDANTS. | Case No.: 3:09-cv-00786 JSW<br><br>REQUEST TO EXTEND THE DEADLINE FOR DISMISSAL OF ACTION AND (~~PROPOSED~~) ORDER |

On September 1, 2010, the parties filed an Amended Request to Extend the Deadline for Dismissal of Action and (Proposed) Order to extend the deadline for dismissal of the instant matter from September 1, 2010 by 45 days or until October 16, 2010.

(AMENDED) REQUEST TO EXTEND DEADLINE FOR DISMISSAL OF ACTION
Case No.: 3:09-cv-00786 JSW

1

On September 2, 2010, the Court granted the parties request for a 45 day extension or until October 16 2010, with the provision thereafter the matter will be dismissed in its entirety with prejudice, provided, however, that if any party hereto shall certify to this Court that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

On September 21, 2010, the instant matter was heard by the City of Oakland City Council. However, the Council did not approve the settlement.

On October 19, 2010, Mr. Randolph Hall, the Chief Assistant City Attorney for the City of Oakland is scheduled to reconvene with the City Council in closed session, to further discuss the City Attorney's recommendation to settle the Buenrostro Matter in the amount agreed upon by the parties at mediation, contingent on approval by the Oakland City Council.

In light of the continued efforts to negotiate the approval of the settlement and the matter being heard by the Oakland City Council on October 19, 2010, the parties request a 15 day extension from October 19, 2010 to November 3, 2010, thereafter, the matter will be dismissed in its entirety with prejudice, provided, however, that if any party hereto shall certify to this Court that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: October 15, 2010                    LAW OFFICES OF JOHN L. BURRIS

                                           /s/ *John L. Burris*
                                           John L. Burris, Esq.
                                           Steven R. Yourke, Esq.
                                           Attorneys for Plaintiffs

(AMENDED) REQUEST TO EXTEND DEADLINE FOR DISMISSAL OF ACTION
Case No.: 3:09-cv-00786 JSW

2

Dated: October 15, 2010

OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND

*/s/ Randolph W. Hall*

Randolph W. Hall, Esq.
Assistant City Attorney, City of Oakland
Attorney for Defendants

Dated: October 18, 2010

RANKIN SPROAT MIRES BEATY & REYNOLDS

*/s/ Geoffrey A. Beaty*

Geoffrey A. Beaty, Esq.
Attorney for Defendants

(PROPOSED) ORDER

GOOD CAUSE APPEARING, the deadline by which the Buenrostro matter is dismissed is extended 15 days beyond October 19, 2010 or until November 3, 2010, thereafter, the matter will be dismissed in its entirety with prejudice, provided, however, that if any party hereto shall certify to this Court that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: October 19, 2010

*Jeffrey S. White*
Honorable Jeffrey S. White
United States District Court

(AMENDED) REQUEST TO EXTEND DEADLINE FOR DISMISSAL OF ACTION
Case No.: 3:09-cv-00786 JSW

3